USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 21-CR-0065 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $697,458.75 | Bill of Particulars |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza East, Brooklyn, New York 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BREON PEACE, United States Attorney
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
Attn: Tanisha R. Payne/ Sam Williams, FSA

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please deposit the International Finance Bank, Cashiers Check #011648 in the amount of $697,458.75 into the SADF.

CATS ID#: 22-FBI-000974

*Correct A1N 21-FBI-010156*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Tanisha R. Payne by J.E.L.
TELEPHONE NUMBER: 718-254-6051
DATE: 1/25/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 1/25/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: JAN 26 2022   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

RECEIVED-USMS EDNY
JAN 25 '22 AM 11:19

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
$697,458.75 deposited into SADF
JAN 26 2022

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

DJ3: 2021-CR-00065-1

Form USM-285
Rev. 12/80

BGK:TRP
F. #2018R01809

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

– against –

LUIS ENRIQUE MARTINELLI
LINARES and
RICARDO ALBERTO
MARTINELLI LINARES,

          Defendants.

- - - - - - - - - - - - - - - X

BILL OF PARTICULARS

Criminal Docket No. 21-65 (RJD)

      The United States of America, by and through BREON PEACE, United States Attorney for the Eastern District of New York, and Tanisha R. Payne, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

      The above-captioned Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Section 982(a)(1). The United States hereby gives notice that, in addition to the forfeiture allegation in the above-captioned Indictment, the United States

RECEIVED-USMS EDNY
JAN 25 '22 AM 11:20

seeks forfeiture of the following property pursuant to Title 18, United States Code, Section 982(a)(1), as to Counts One through Five of the Indictment:

(a) Six hundred ninety-seven thousand four hundred fifty-eight dollars and seventy-five cents ($697,458.75) in United States currency, all accrued interest, and all proceeds traceable thereto; and

(b) One million dollars and zero cents ($1,000,000.00) in United States currency, and all proceeds traceable thereto.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated:   Brooklyn, New York
         October 29, 2021

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                              By:   /s  *Tanisha Payne*
                                    Tanisha R. Payne
                                    Assistant United States Attorney
                                    (718) 254-6358