# EXHIBIT A

January 22, 2022

Dear Honorable Judge:
Raymond Dearie,

I respectfully write to you in support of Ricardo and Luis Martinelli.
My name is Carolina Martinelli and I am their youngest sister.

When I was a kid, my father wasn't present while I was growing up.
He was very busy starting his political career and running the family
business. My mother played the role of mother and father in my life.
My brothers also were like a father to me, they're much older than
me. They were the male role models I was missing in my life.

When I was 8 years old I was assigned in school to do a speech on
who I admired. I did the speech on my brothers. They inspired me
growing up. They were always there for me and supported me in
every aspect of my life. Luis always went to all my soccer practices.
My parents couldn't go, but he never missed one practice. He always
gave me pointers on how to play better. Both of them never missed
my ballet presentations.

The first time they left for college I was very depressed. I couldn't
eat or sleep. I missed them so much. It made a huge impact in my
life not having them around anymore.

Luis is a very caring person. He always puts everyone's needs ahead
of his own. Constantly making sure the people around him are okay
and looks for ways in which he can make everyone's life better. He
is very adventurous and loves to do outdoor activities. He played
lots of sports while he was in school.

Ricardo is very smart; he speaks three languages. He loves to read
and to always stay on top of the news around the world. He likes to
be well informed and up to date. He is very supportive and kind.
You would never have a bad day with him; he can make anybody
laugh. He takes such good care of his physical health. He loves to
workout and eat right.

During my second year in college, I was moving from my dorm room to and apartment near campus. My mom and Luis helped me move. During that time Ricardo was in London studying. I remember Luis not only helped me set up my new apartment, but he also helped my friends set up theirs. He loves to do handyman work. The following year, my dad won the elections in Panama and became the president of the country. My parents promise me that they will buy me a car in my third year of college. When the time came they couldn't go due to the elections so Luis went instead. He helped me pick my car, took me to many car dealerships till I decided which one I wanted.

I remember when my ex boyfriend broke up with me. I was devastated. It was my first and only time I was dumped so I was very heart broken. Even though I did not tell anyone, Ricardo noticed it. He took me out for lunch and comforted me for like three hours. He made me feel so special and loved. He knew exactly how to make me feel better and gain back my confidence. It was exactly what I needed, someone to be there for me and show me that no man is worth your tears. I will forever be grateful with him for how he made me bounce back.

These are my brothers, loving and caring in every way. They have made mistakes but they don't deserve what they have been through. We all make mistakes in life but that doesn't mean we have to spend the rest of our lives paying for them.
I kindly and respectfully ask to please consider giving them the lowest sentence permitted under the law. They can't change their past, but they are very sorry for what they did. I am sure they will spend the rest of their lives making amends to society and to their families.


Sincerely,

Carolina Martinelli

Carolina Martinelli

# EXHIBIT B

Panama, January 25, 2022

The Honorable Judge Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Dearie:

My name is Marta Martinelli mother of Ricardo and Luis Enrique Martinelli Linares. I am Former First
Lady of Panama and Secretary of a NGO called "Fundacion Ricardo Martinelli".

"Fundacion Ricardo Martinelli" was founded in 2004 and its purpose is to provide grade school and
college scholarships to students in need, who obtain good grades and require assistance, with school
supplies and materials. Its President is my son Ricardo Martinelli Linares.

This is a family NGO that we have worked hard on as a family, including my sons. We have personally
travel all over the country to hand deliver students their scholarships´s paychecks.  Besides that, we are
a hard working business family. We have a supermarket chain in Panama.

Before I became First Lady, I used to organize medical tours with friends of mine that were doctors and
dentists in order to visit poor communities and be able to provide them with medical care.

Whenever possible, Ricardo and Luis, came with some of their friends to help me organize these
medical tours. There were always very eager to help. It was a long tiresome journey, but we felt it was
our duty to take our blessings and use them to aid children, the sick and the elderly who were in need of
medical attention.  My sons, Ricardo and Luis, served  the community with these actions. They both
are giving people.

Ricardo and Luis are very close to me.  I remember when they were little kids, they used to go every
afternoon with their Nanny to the nearby park.  Every time they came back home, they brought flowers
for me.  As adults, they were always concerned about my wellbeing.  I love eating chocolates and
watching tv series.  Every now and then, as a surprise, Luis will get me chocolates and my favorite tv
series DVD.

While I was First Lady, Ricardo  traveled with me whenever it was necessary to support me and help
me with the speeches I had to give in English  (it's not my first language).  He helped me practice my
pronunciation over and over again.  They were always there for me.  They are exceptional loving and
caring sons.

Since they were young my sons worked (as training) on the supermarket during their vacations from

school.  A business they would get to manage in the future.
So they were raised as competitive, smart young boys with a desire to always help those in need.

Ricardo, the oldest one, is very educated, competitive, responsible and intelligent.  His goals was to go to the best University to get a degree and a Master. He also wanted to work on challenging companies such as McKinsey. He served as Honorary Ambassador of Australia in Panama. His curriculum was always important to him.

When in high school, Ricardo always tried to be of service to his classmates. He was President of his class and part of the board of directors of his Prom.

Ricardo went to Georgetown University where he graduated form Business Administration. Afterwards he went to get a degree on Political Science at The London School of Economics and an MBA at London Business School. He worked for McKinsey in London.

Luis Enrique, on the other hand, is very sentimental (he has a big heart) intelligent, responsible and hard working. He always tries to help other people, even when he was in high school.  Every Christmas he wanted to buy presents for the cleaning personnel at his high school. They were always on his mind.

Luis Enrique graduated from Southern Methodist University with a Bachelor in Business Administration. He worked as General Manager and President of the family business (supermarket). He got married in 2012 and has two beautiful daughters of seven and four years old named N███ and S███ respectively.

They are a very close family and his children are devastated, they miss their Dad so much. Luis is a very spiritual, Catholic person. He finds comfort in the bible.  He is a loving and caring father always vigilant of his family needs.  Because of that, this whole situation has undermine the family´s stability. It is a sad situation that he regrets every day of his life.

Since they both are good productive and educated boys, I beg you to please impose them the lowest sentence permitted under law, so they can, as young men, get back to their lives.  These men have been incarcerated for a long time and have shown extreme remorse for their actions. This whole thing has been devastating for them and to the entire family. They regret every day of their lives this terrible mistake and, given the opportunity, they wish to compensate society any harm done.

God bless you Judge Dearie.

Sincerely,

*Marta L de Martinelli*

Marta L de Martinelli

# EXHIBIT C

26th April 2022

**Attn:** Judge Raymond J. Dearie
District Court, Eastern District of New York

Dear Judge Dearie,

I'm reaching out to you not only Ricardo Martinelli's former husband, but also as his dear friend, his partner, and his companion. It's safe to say it's been a rough few years, on all accounts and for all parties involved – there's no denying this – but I need to take this opportunity to voice my thoughts and let you know that for the 7 years I've been with and known Rica, what you see on paper does not match who he is in real life.

I've had the opportunity to connect with all groups of people through friends, work, and travel etc. I like to think I'm a good judge of character. What connected us right from the beginning was his kindness, generosity and such a large group of friends, which we both have in common. A group of friends that love him very much and always talked so highly. He is and was very highly regarded in communities across all walks of life.

Over the years we've been together I've seen sadness in his eyes with the events unfolding, his longing for a "normal" life. I have a feeling this was the main reason we connected so well; I provided some sense of "normality". Rica and his family always made an effort to protect me from the events and I hold gratitude to them for this. Perhaps a sense of naivety on my part but only because I knew the "real" him and not what media and hearsay stories were portraying. The moment we had to divorce and go through the proceedings just to protect my security, my career and ultimately, livelihood, really did shake the ground. I can only but imagine what was going through his mind, and perhaps this explains some of the actions he took to stay safe. I miss him, I miss us, our life together has been changed beyond doubt, but my focus now is to keep him safe and stay by his side regardless of the outcome.

Some of our happiest memories are from the years spent living together in San Francisco. Our ties with the LGBTQ community, of which Rica was a keen advocate and supported several charities, always brought a sense of happiness. Living in Northern California and connecting with nature provided some freedom, away from ongoing conflict, I could always see he was at his happiest here.

Since Rica's imprisonment, I have managed to speak to him very occasionally, less so with COVID isolation warranting barely 10 minutes or so of freedom every 2-3 days. From my understanding, the conditions at the MDC in Brooklyn sound horrific. All I can say Judge Dearie, please, when you consider his sentence – Rica really is one of the good guys, the ongoing hardship he's suffering right now is tearing him apart. And I know quite personally how contrite and remorseful Rica feels for the acts that led him to where he is today. I ask for your mercy and consideration of his whole life and value when you sentence him.

Yours faithfully,

Dr Edward Goucher

# EXHIBIT D

Panama, February 7, 2022

Honorable Judge
Raymond J. Dearie
United States District Court
Eastern District of New York
New York

Dear Judge Dearie:

My name is Ileana Linares de de la Guardia.  I am the older sister of Marta Linares de Martinelli and the aunt and godmother of Ricardo Alberto Martinelli Linares ("Rica", as we affectionately call him).

I feel a heartbreaking sadness as I think of writing these lines on behalf of my godson.

I consider that Rica has always stood out.  A remarkable student since childhood, his capacity and inquisitive mind always made me beam with pride.  He is a sweet, affectionate young man, a good friend, a pleasure to be around.

Bearing the same name as his father, a highly successful businessman and also a political figure in Panama, he was always measured against great expectations.  Expectations that he met and exceeded time and time again, reaping success at an academic and later at a professional level.

In search of his own path, he moved to London after college, where he pursued a successful career in finance, made a home with his partner, and developed deep, long-lasting friendships.

Because of his undeniable talent, he was asked to return to Panama to help in his father's political campaign for the Presidency of the Republic of Panama.  Being in his late twenties, Rica showed maturity, confidence, accountability and generosity as he juggled what seemed like an impossible array of tasks.

When his father became President in 2009, Rica was dedicated to supporting his family in delivering on the promise of a positive change for a better country.  And despite all the good he has unquestionably done, bad decisions were also made that had the inevitable consequences of the exile and imprisonment he faces today.  He admits this and painfully regrets it.

I know this because in 2021, I travelled to visit him in the Mariscal Zavala prison in Guatemala City.  It was there when I saw him again, and experienced the raw evidence of his devastation, depression, and loneliness.

He talked about regret and shame.  Beyond all the mistakes, recklessness, and bad decisions, he laments the most the irreparable damage done to his family, to the country he wanted to help grow and develop, and ultimately, to himself.

Rica confessed that he is haunted by the thought of the time he will not get to spend with his friends, his siblings, his parents, his family, because he is in jail.

Although it breaks my heart to think of the difficult days and nights he will have to continue to endure in seeking forgiveness for his mistakes, I know that atonement prepares him, purges him for a nobler and more genuine existence. I am sure that his purpose awaits him in the near future, where he can compensate and contribute and rebuild in a healthy, fair way.

Rica's big opportunity may be to be right where he is now. This is one of those moments where I feel like the future can be changed. That by the grace and compassion of one person, another can be redeemed.

Honorable Judge Dearie, with these words I implore for your mercy in giving Rica the least severe punishment possible within the law, so that a young life, a bright and prepared mind, a sensitive and good person, who made bad decisions, has another opportunity to contribute to our society, as he did for a long time.

I pray that he can truly get a second chance. It does not mean that he will be clean, or that he will start from scratch, because some choices will haunt him forever.

I was moved by a phrase I read recently by R. L. Stevenson: "Do not judge each day by the fruits you reap, but by the seeds you plant". I hope that today, a seed of trust in the inherently good nature of Rica may be planted.

If I could talk to him right now, I would tell him: do not to give up, it's never too late to start over. You can still become all that you are capable of becoming. Your resilience inspires us. We love you, and miss you. And every morning when you wake up, you can choose to do better. You can choose life.

Humbly yours,

*Ileana L. de de la Guardia*

Ileana Linares de de la Guardia

# EXHIBIT E

# ELIECER ALVARADO

E mail: ealvarado@acmepty.com

Honorable Raymond Dearie
United States district Court Judge
Eastern District of New York
New York, USA

January 28, 2022

Your Honor,

I have known Ricardo Alberto Martinelli Linares, whom we all know as Rica, since we were in middle school. Living in the same neighborhood, we were able to become close friends, even though we attended different schools. Spending afternoons together in the neighborhood after school, we would ride our bikes, play sports, and just "hang out" at each other's houses.

Several times a year he would invite me on weekend trips with his family either to the beach or to his family's hometown in the countryside. Similarly, my family would host him regularly at our family home. One of my fondest memories of our childhood is how much I made Rica laugh all the time, and how much he loved my mother's famous cookouts. He was always so appreciative of our time together in my parent's house, since he would always tell me how loved he felt, and how much he admired our household's warmth and cheerfulness.

In other words, we have been like family for the better part of three decades. I consider Rica to be a kind, considerate, smart, and loyal friend, who has gone out of his way more than a few times to help me out when I have needed it, who has always shown me love and appreciation, and who loves my family dearly. Likewise, I have tried to show him compassion and love when he has needed it. I know I have been a good friend to him at times when he has needed me, because he has always been outspokenly appreciative with me.

I am aware that Rica has made some unfortunate mistakes that he has admitted before your court, and I am filled with sadness and surprise with the situation. It is not what I would have ever expected as a future for my friend, and completely out of character. I miss Rica very much, and it saddens me that he has yet to meet my son Nicholas, whom he always asks about, but has not yet met in person. I wish for someone like Rica to be in my son's life very much. I still passionately believe that Rica can be a great role model for my son, and I hope that they can meet sometime soon.

I know the road ahead for Rica will not be easy. And I know the road he has travelled so far in his life hasn't been easy as well. But I write to you today Judge, to respectfully share my love and concern for my friend, and to commit myself to helping Rica in any way I can to build back a productive and peaceful life for himself, in the hopes that one day, I can have him back at my mother's house, where we'll laugh, remember the good days, and of course, enjoy mom's cooking once again.

Sincerely,

Eliecer Alvarado

Edificio Vallarino, Calle 52 y Elvira Méndez, Piso 12, Oficina 1
Panamá, República de Panamá,
Tel: (507) 209 6091 – 209 6092

# EXHIBIT F

**Roberto L. Pascual**
Panama City, Panama (National ID#8-732-2027)

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Dearie

I have known Ricardo Alberto Martinelli Linares ("Rica") as my best friend for over 30 years. We became fast friends at age 11, right as we were starting middle school together. Sharing similar backgrounds, running into each other at social gatherings outside of school, and having common interests, we quickly became best friends. I was immediately struck by how well mannered, smart, and composed Rica was even at such an early age. You could say I was smart enough back then to realize that Rica was a smart and interesting kid. In fact, that fast friendship has lasted more three decades, and it is still stronger today than ever before.

Growing up, we always did everything together. We practically lived at each other's houses, and I guess you could say that we grew up together as brothers who were walking a similar path. "Everyone" in our orbit would surely attest as to how close we were back then and now, and how much respect we have for each other, even in our teenage years.

Throughout our adolescence and early adulthood, we both went through personal struggles that defined a big part of who we both are today. I can safely say that we are both grateful that we could provide each other a safe space to figure things out. For me, I find in Rica that safe space where I can be honest and direct, and in return, I receive empathy, advice, and most importantly, someone who listens. I have needed that very badly many times, and Rica has never failed me. I still need that very much today, as we both grow older and are still trying to figure things out! I miss my friend very much.

Similarly, Rica has had exceedingly difficult personal struggles and he has always been very open and honest with me, something I truly appreciate. Its easy to look at Rica's life from afar and draw conclusions, but those of us who know him, and care for him deeply, understand the difficulties he has faced personally, and I am in awe that through it all he was able to excel academically in an impressive manner, be active in school government, and maintain his trademark composure, thoughtfulness, and empathy. It has not always been easy for Rica, and perhaps those difficulties growing up have had a role in his current situation.

Hon. Judge Dearie, I wish to convey to you in my most honest way possible, that it is extremely difficult for me to wrap my head around Rica's current situation and legal troubles. It is a departure from anything that I would have expected from my friend. I am sure this is a common theme in these types of letters, but in this case, it is just truly tragic and inconceivable. I am personally devastated by Rica's situation, and while I make no attempt to justify or even comprehend his actions, I very much wish that he can find hope and purpose soon, and that he is able to resume a normal, productive life, however that may look like.

When I married my wife Helen, who is from the United States, and moved to Panama, Rica showed her true hospitality and friendship from before she even moved here. He was there in the hospital when my kids were born, he flew over 20+ hours to attend my wedding in Lexington, KY, he hosted us at his house regularly, etc. Similarly, when he moved back to Panama with his then-partner, I tried and reciprocate in the same manner. In short, he did what he has always done for me and those around him: making sure everyone is ok.  But for us, this is par for the course. We have each other, and we always want to make sure that we are both good.

For me, that is who my friend Rica truly is, the one that always asks how my parents are doing, the one who loves his mother unconditionally, the one who always advocates for reason, discipline, and empathy.  I do not pretend to understand how or why he is in his current legal situation. I am not privy to that information, nor do I wish to judge his actions regarding his current case. I can only assess his past, present, and future as a good human being, a kind man, and a great friend.

The sadness we feel right now given his current situation is truly heartbreaking for me and my family. I understand Rica has admitted before your court his responsibility, and I have full trust and confidence in The United States' legal system. I know Rica is remorseful and regretful for his actions. It's one of those things that I think I will never understand the how or why, but I can make peace with it knowing two things: the first, is that Rica has led a productive life, educating himself at the highest standards, working in Europe, living a quiet normal life, and hurting no one, up until his regretful actions; the second, is that I know he will be able to build back a new normal and quiet life and be a productive member of society, once he is able to serve the court's sentence.  This is one of those "before and after" moments, and that is certainly not lost on him, me, or every one of the many people who love and care for him.

I miss my friend very much. I need my friend in my life, my kids' life, and I know he needs me too.

It is with the upmost respect Judge Dearie, that I ask for your consideration of my most sincere words, because I want nothing more than hope and a future for Rica. I am worried about him, and I am hurting deeply. Selfishly, I want us to be able to have our late-night talks, our support systems once again for each other, and our friendship.

Yours truly,

Roberto L. Pascual

Panama, January 24, 2022

# EXHIBIT G

Ignacio Garcia de Vinuesa

SAN FELIPE, CIUDAD DE PANAMA

January 24 2022

Your Hon. Judge
Raymond Dearie

I write this letter with an extraordinary interest in showing all great personal qualities that I have experienced about Ricardo Martinelli through all the years I have been fortunate enough to know him.

I am Ignacio Garcia de Vinuesa, a Spanish architect, and I met Ricardo Martinelli in 2009 when I was assigned my first project in Panama. He had just moved back to his country from London, where he led an interesting life working for an important company and shared a lovely home with his partner, who also worked there.

I remember perfectly the first time we met, how proudly he was that he had come back to Panama to help his country develop, even though he had to leave his enviable life in Europe. He convinced his Italian partner to join him in such a noble task.

We shared the same ideals and interests and became close friends. I would meet Ricardo for lunch and dinner every time I came to Panama.

Ricardo would always explain with happiness how the country was changing (and you could really see it as the economic and social advances were huge during those years). Even though he never held a public office, he helped his family make his country a better place for everyone.

He used to explain how he was helping in any way he could his adorable mother with all her social and charity work attached to her being the President's wife. He would show photos of all activities he would attend with her because he sincerely was eager to help Panama become a prosperous and egalitarian society .

In April 2013 (with a terrible crisis in Spain) I went to Panama looking for work. Ricardo helped me with great affection with such a difficult situation. He introduced me to many people and told them about my professional skills, which I very much appreciated because it opened opportunities for me in this new world I hardly even knew.

Thanks to him, I became a Panamanian citizen because he helped me with this complicated process. He instilled in me a love for his country, which led me to move my office here and create many jobs.

I knew about his problems with the law when I visited him in the USA in 2019. He explained what had happened and how sorry he was about everything. He was really ashamed, and I was shocked to see how terrible he was feeling about having deceived his family, his friends and his country.

Until his detention in Guatemala, I kept in touch with Ricardo. I would always ask him how he was doing because I felt very sorry for such a lovely person. He always showed his affection even though he was going through a severe depression, which was so sad since he is such a brilliant man.

I got a project commissioned in Guatemala City in 2021, and I was invited to the country to oversee the works. When I was there, I decided to visit him in jail, to transmit my support and to thank him for all the help he had given me in Panama during those difficult years I lived.

I went to see him in the Guatemalan jail (first time in my life in a jail) on June 2021. It was a day I will remember my whole life. I saw a different Ricardo from the one I used to know. He was stricken with sad and told me how regretful he felt.

The life of such an incredible person that I've known for a decade has been ruined, and I hope that he will be able to recover it so that he can continue helping friends and the people of his beloved Panama. I'm writing this letter to respectfully and sincerely ask you to take his kindness and commitment to help others into consideration and give him a chance to recover his life soon.

Thank you very much for your consideration

IGNACIO GARCIA DE VINUESA

# EXHIBIT H

March 9, 2022

To whom it may concern,

My name is Okan Sengun, I am the Executive Director of the LGBT Asylum Project and the founder of Okan Law, an immigration law firm where I am the lead attorney. I first met Ricardo Linares at a San Francisco nonprofit fundraiser approximately five years ago. He approached me because he was deeply interested in the LGBT Asylum Project and wanted to know how he could support our cause.

The LGBT Asylum Project is the only San Francisco nonprofit organization exclusively dedicated to providing accessible legal representation for LGBT asylum seekers who are fleeing persecution due to their sexual orientation, gender identity and/or HIV status. Our clients are low to no-income, and arrive in the United States with horrendous histories of imprisonment, bodily harm, torture, and psychological trauma. The only way our clients can survive is through the generous donations of our supporters.

Prior to Covid, Mr. Linares would often attend our fundraisers, volunteer, and show his support. Through the years, his generous donations have literally saved our clients lives. Words can't express the impact his support has made to some of the most vulnerable members of the LGBTQ community. I truly appreciate Mr. Linares' support, dedication and commitment to helping LGBTQ asylum seekers in the San Francisco Bay Area. His kindness and generosity has made a difference.

Please let me know if you have any questions.

Sincerely,
Okan Sengun, Esq.
Executive Director



The LGBT
ASYLUM
PROJECT

526 Castro Street, San Francisco, CA 94104
www.lgbtasylumproject.org

# EXHIBIT I

Sunday, January 23, 2022


Judge Raymond Dearie


My name is Kristelle Getzler, I am a former colleague and friend of Ricardo Martinelli Linares. I am a few years older than Ricardo but as a coincidence in life we both studied at Georgetown University our undergrad degree and at LSE (London) our masters degree, but at different times. However, where we initialially crossed paths was at Citibank Panama. Ricardo worked as a credit analyst and I was a Customer Relationship Manager. Ricardo was a great coworker, very responsible with his work assignments and a good friend. Actually I remember that I was going through some personal issues at that time since my mother has ███████ ███████ and Ricardo and another coworker were very supportive through those difficult moments. My mom had had a terrible car accident one night and Ricardo was there showing his support all the way. We were a group of about 10 coworkers that got along really well, great team work when we had to get heavy workload out and good friends to enjoy a Friday night out.

Ricardo later left to London to do his Masters degree at LSE, I remember I went to visit him on a vacation trip I did to Europe with a friend and it was great to see him again. He was studying hard. I remember when I saw him he had a terrible tooth ache and we were desperately trying to see were we could get a doctor to look at it. Ricardo has always been a very familiar person, very close to his mom, who is a beautiful and kind person as well.

Ricardo and I have coincided either living in London or Panama and it has always been good to know he`s there. Even though we don´t talk to each other on a daily basis, we have somehow always been in touch and cared about each other. He is good hearted, caring type of person.

I have obviously heard of the situation Ricardo and his brother are currently going through. I am sure it is a very difficult situation for



Ricardo and knowing the kind of person he is, he is greatly remorsed for his mistakes.  And knowing the huge heart he has he is greatly affected for the pain this must have caused his mother who he truly adores.  I try to send him messages through his mother of hope, courage and prayers for him to hang in there. I am sure he has grown inmensly with all the public humiliation this case has caught.  I ask myself if this world would be better with a person like Ricardo being locked down and my definite answer is no.  I think he has a lot of goodwill and the world needs more people like him.    I believe Ricardo has accepted his guilt and prays for the opportunity of a second chance to prove himself a better person.


Kristelle Getzler

# EXHIBIT J

Republic of Panama, February 14, 2022.

Dear Judge Dearie,

I write this letter of sentencing on behalf of my former college fellow and friend, Ricardo Alberto Martinelli Linares. We first met as kids in our hometown and attended Georgetown University for undergraduate degrees at the same time. While in Panama, we continued to work together for the University until he left for London to pursue his Master in Business Administration.

After returning home from Georgetown, Ricardo and I worked together in establishing the Alumni Association, Panama Chapter, and shared responsibilities in the first Board of Directors. His academic career was outstanding: achieving high honors at graduation. Ricardo engaged with the association with determination and compromise, organizing debates, high level conferences and actively participating in all events. After some years he went to London, to pursue an MBA at the London Business School and later to join McKinsey & Company, as a consultant of the prestigious firm. During his years in London we stayed in touch. And I can't help but wonder what would have been of his career, and his future, if he had not moved back to Panama a few weeks before his father won the presidential election in 2014.

Throughout the years Ricardo has been a good friend. Even as we grew older, and took different paths, he was always worried about my parent's health and willing to lend them a helping hand. He reached out when my father passed away some years ago, only months before his arrest in 2019. Despite the legal processes that were ongoing, he found the time to express his condolences and for that I will always be grateful. I also think it is a reflection on how much he values family and friendship.

I am the first to recognize and condemn that Ricardo has committed a very grave and serious crime. I also deeply regret that this episode will leave such a black mark on his life. As someone who has known him since childhood, it is my wish that Ricardo will have learned much and reflected upon his conduct, and that he is deeply remorseful. I ask you to please impose a fair, and the shortest possible, sentence on him.

I personally continue to hold Ricardo on high esteem, and I await the day he is able to come back to Panama, continue to face the legal consequences of his actions here, if any are pending. And, hopefully, it will all be soon enough to allow him to continue on his original path of realizing a positive career and livelihood for himself, his family and his country.

Thank you for your attention and consideration,

María Luisa N. de Arango

# EXHIBIT K

Panama, January 24, 2022

Honorable Judge
Raymond Dearie

Dear Judge Dearie:

My name is Jose Ruiz, former Ambassador of Panama to Singapore. I am a childhood friend of Ricardo Martinelli Linares. We have been friends basically since we were born and have continued the relationship until today.

Ricardo Martinelli Linares or Rica as we all call him has a heart of gold. We grew up together, so I can truly speak to his character as a human being. He has always been there for all my good and bad moments, giving me his support in the best way he can. Our relationship has been from sleepovers, to playing monopoly and eventually working together. I can really attest for the type of person he is. He is loved by many friends and family and I can not wait for him to go out into the world so he can keep up with his destiny and making the world a better place.

When growing up I was always impressed by how smart he was. He was a great student, did great in Georgetown as and undergrad followed by his master´s degree in London. We spent countless hours talking about our dreams and how we wanted to impact the world. He has always had the best intentions for everyone around him. I have stayed close to him during this process and I can truly indicate he is still that same good kid that has always been there for me. I am so proud of the impact that the Martinelli Family has had on Panama, not only with their success in business but also looking out at the people in need and later Mr Martinelli becoming the best President that Panama has had. The Martinelli´s have helped transformed the country in a positive way. I was lucky enough to be part of the positive work they did in the less fortunate communities.

I acknowledge that Rica has done a very serious thing, and I deeply regret that this episode will leave a black mark on his otherwise impactful and positive life. As someone who knows him all of his life, I strongly believe that Rica has learned from his mistakes and reflected upon his conduct in this incident, and that he is deeply remorseful. I ask you to please impose the lowest sentence on him permitted under the law.

I personally continue to hold Rica in the highest esteem, and I eagerly wait for the day he is able to demonstrate his full potential and leave a positive impact on the world.

Thank you for your attention and consideration,

Jose Antonio Ruiz Blanco
Former Panamanian Ambassador

# EXHIBIT L

Att:    The Honorable Judge
          Raymond Dearie

Dear Judge:

My name is Ursula Barrantes-Tarafa, I most respectfully write you in support of Mr. Ricardo Martinelli Linares

I have known Ricardo Martinelli Linares since early 2016. We met through his brother Luis, who is also a friend of mine. We've spent considerable time together in social events and family meetings.

I have spend time with Ricardo, and I have been blessed to call him my friend, he is a good person, a person who cares about others and a person that had demonstrated to me the importance of standing up for yourself no matter what. I've seen Ricardo in different family events, and I see the heart and the person he is with all and everyone around him, the way he treats the employees, and also the way he cares about his parents, as only a good man treats and cares.

I have never seen Ricardo, blaming or talking bad about anyone, no matter the circumstances he has been in, he has always maintained his decency and respect to all and everyone around, without blaming or not taking responsibility for his actions.

I have many memories about Ricardo, I've seen him happy, crying and always trying to see the good side of all this situations, I remember once, when I first met him, he introduced him self and immediately told me, if I need something that he can help me with while working decorating his fathers home, just ask him, I thought to my self, oh what a nice gesture. While I was working on decorating his parent's home, I could see he was always asking my employees if they needed water or something so he could get it for them.

Ricardo has a heart of gold. He always sees the world and those in it at their best; he always strives to make things right, and sees the good in people no matter the situation. I know that there are not many people like Ricardo in this world, and I can assure that if the world has more people like Ricardo, the world will be a brighter place to live.

I have many conversations and moments spent with Ricardo and I feel that he is a person that I consider blessed to call my friend, always having a roof over your head and belonging to a rich family makes your life easy and happy, sometimes it is the opposite, when growing up in a society where you have to show happiness for the gain of others, family or friends. Ricardo, is a person to trust, he is a person that when touches your heart you want to hold and care for ever, this is him, a kid at heart that needs to be loved the way he is, not the way he is supposed to be or raised in a country that blames you for all and everything if you come forward.

Ricardo is a person of faith, a person that may not be perfect, but a person who believes in God, he believes in the good of people, and believes in Justice, he is repentance, Ricardo is a good human being he is a good son of God, I know he is sorry for his actions, and I also know than when we are sorry from the heart, God forgive us, and we all as humans may follow, forgiveness. God is great, and we are all humans we do bad things, Ricardo shows remorse over his actions, and he acknowledges what his actions have caused, to him directly.

Furthermore, I would ensure that he would respect your decision as he feels sorry for his actions, and I will ask you to please hear my voice and request of imposing Ricardo with the lowest sentence permitted under the law and your heart.

If you have any questions, please do not hesitate to contact me directly at: (305) 300-8704

Good bless you,
Sincerely,

Ursula Barrantes Tarafa

# EXHIBIT M

To whom it may concern:

My name is Andrew Wisnewski and I am writing on behalf of my friend, Ricardo Martinelli Linares. I am a Corporate Strategy Director at the Walt Disney Company and have a master's degree from the University of California at Berkeley. Rica and I have been close friends for more than five years.  In that time, he has proven himself to be a cherished friend and of responsible character. I understand the seriousness of the matter he faces, and I am happy to provide this letter as a positive reference.

Rica is a man who consistently displays compassion and integrity.  Throughout our friendship, he has been there for me especially when navigating professional and personal decisions.  When faced with a professional crossroads between continuing a career in management consulting and taking a role at a new company, Rica served as a sounding board to evaluate my options. He helped me not only weigh financial benefits but also temper that with my personal commitments towards family and health. He has always made a concerted effort to care about my well-being without asking for anything in return. Furthermore, I have seen him exhibit the same behavior among other individuals. His deep consideration for others is a quality I treasure and admire.

I have every confidence that Rica will continue to be a kind and dependable person. I hope this letter serves as an encouraging and contributing factor when his case is considered.


Yours sincerely,



Andrew Wisnewski

# EXHIBIT N

Remy Ryan Rosenbaum
Los Angeles, CA

April 14th, 2022

Dear Judge Dearie,

I'm writing to share my friendship with and sincere best wishes for my dear friend, Ricardo Martinelli, so that Your Honor may consider him in full ahead of his sentencing.

My name is Remy Rosenbaum.  I'm an executive in the tech industry.  I'm originally from New York, but now call California home.  I hold a B.A. with honors from Rutgers University at New Brunswick.

I first met Ricardo Martinelli, whom I call Rica, through mutual friends on a trip back in the summer of 2014. Since then, Rica and I have grown close as friends. I consider him one of my inner circle—and I love Rica as a brother.  We have many mutual friends and he is a member of our community. Your Honor, I am writing to you to highlight some of Rica's best qualities. I have no doubt he will make positive contributions to the world throughout the rest of his life.

Rica has always been a true and loyal friend. At the beginning of the pandemic, I relied on Rica for support and camaraderie. He was always there for a long chat and a laugh. Later, when protests in Los Angeles turned turbulent and tanks were sent rolling down the streets putting us all into panic mode, Rica came to my side and got me safely through that stressful and challenging period. He arranged for us to get out of town for a week and get away. It would be difficult for me to imagine getting through the darker days of the pandemic without him. I cannot express to you how grateful I am to have him as a friend. I miss him terribly.

Rica is a good person who has always treated people with kindness, and for as long as I have known him, he has been an active and positive member of our community. He carries himself with humility and is equally respectful to people of every station in life. Rica is incredibly smart and scholarly. He is an intellect whose curiosity cannot be quenched. We have often talked about politics, world events and civil rights. Throughout our conversations, I can assure you that Rica is a person who truly wants to make the world a better place.  I am confident that he will spend the rest of his life putting his mistakes behind him and working for a better world.

Your Honor, thank you for seeing how important Rica is to me and considering my perspective.


Respectfully,

Remy Rosenbaum

# EXHIBIT O

Dear Judge Dearie,

My name is Victoria Simanovskaya. I am a financial services professional who lives and works in London, England. I am a former classmate and friend of Ricardo Martinelli. I first met Ricardo at Georgetown University in Washington, DC, when we were freshmen, back in 1998 and then again we were close friends and classmates in the MBA program at London Business school.

I remember meeting Ricardo even though it was almost 25 years ago because there was a group of students from Latin America, including Ricardo, and I remember my initial impression of him as being extremely personable and friendly. Ricardo and I took the same business classes and we often studied together as part of the same study group. I still have a picture of us in line in front of the Supreme Court waiting to enter to witness legal proceedings for one of our classes. We were good friends sharing all typical college experiences, cramming for exams, parties, trips. I still have silly memories of him from those days, when Ricardo stopped by my off-campus apartment rushing to use the restroom as he was taking his neighbor's dog for a walk. The memories of us going dancing to places which played Latin music still brings a smile to my face. Ricardo was one of the people who introduced me to Latin American culture, which I still love to this day.

Then in 2005 when I was accepted to the MBA program at London Business School, I remember reading the class list and seeing the name Ricardo Martinelli. This was a few years after college, we had lost touch a bit and didn't know that we both applied to the same program. Again, I remember how I excited I was when I saw his name that I was going to have a friend in London, having just moved there from New York.

Ricardo truly became one of my best friends in London. I can't imagine those first few years without him. We were studying together, preparing for job interviews together, I was crying on his shoulder after yet another breakup. He was always there, supporting me, cheering me up, making me feel better. He was always there for me. I was very nervous about my investment banking interviews, Ricardo was helping me prepare, we did mock interviews together and were both accepted to the summer internship program at Lehman Brothers. The following semester I remember how proud I was of him when he was accepted to the associate program at McKinsey. The interview process was very tough, I only passed the first round, while Ricardo received one of the few offers given to students at London Business School that year.

After graduation we continued to be good friends living and working in London until he decided to return to Panama in 2009 and work for his family's supermarket business. I wrote him a letter which I gave to him at his leaving dinner telling him how much I loved him and how much I would miss him and how much having him in my life has meant to me. I have actually never done that for anyone else before or since.

In the years after 2009, we stayed in contact, but obviously friendships are more difficult when there is an ocean in between.  Ricardo was always inviting me to Panama and I did visit him once, he was the most gracious and welcoming host. Even though Ricardo and I have not seen each other in a few years now, he is in my heart as a great friend, caring and generous person, intelligent and funny, my Ricardo. We have grown up together in formative years between 19 and 30 and I only ever saw light from his heart.

Thank you for your attention and consideration,

Victoria Simanovskaya
April 7th, 2022

# EXHIBIT P

OSCAR GIOVANNI JIMENEZ

████████████████████████

Getsemani Cartagena de Indias ,
COLOMBIA

20th January 2022

Honorable Judge Raymond Dearie:

I am Oscar Giovanni Jimenez Carrillo, a Colombian engineer. I met Ricardo "Rica" Martinelli Linares in 2011, when we were introduced by  mutual friends in Panama. Over the next few years, I had to go there for business, and every time I did, he gave me his hospitality and friendship.

I write this letter in his support because I want you to know that Rica is one of the kindest persons that I have ever met. He is a faithful friend who took care of my needs every time I was in Panamá, and he did the same for every one he knew, including his friends, family and the people of Panamá.

When we first met we were quite a big group, and his father was already the President of Panamá. Despite his importance in the country, he welcomed me with open arms. I remember the first night we met. He wanted to know what I did in his country and how he could help me. We were just acquaintances, and yet over the next few years he took care of my needs without strings attached.

I discovered an amazing person who was involved in making his country and his people have a better future. He told me all about great things that were being done in the country and how he was contributing to such an important change. At least 4 or 5 times, he took me  to witness what he wanted to do in remote areas of Panamá, where the poorest people lived. He was very interested in developing tourism in those areas because it provided permanent jobs. He transmitted great enthusiasm when he talked about his father's projects to help his people.

He once told me about his decision to leave his life in London to come back to Panamá. This was a difficult choice for him, for he had a great job and a wonderful life, but he did it because he had a once in  lifetime opportunity to do even greater works in Panamá.

I kept seeing Rica often in Panamá before he moved to the U.S. His father was no longer President, but he was still committed to helping the people of Panamá and had many projects in his mind that he wanted to do. I only saw him twice after he moved to the U.S. The first time was in Miami, and I knew that something was very wrong. Rica is a quiet, shy an reserved person, but I could clearly see his deep sadness, and then he explained to me all he was going through. I couldn't believe how such and amazing and lovely person could have gotten into such a nightmare. He felt really overwhelmed and sorry about all that had happened and what he had done. He was like a young boy who did something wrong and now is full of shame and fear.

I went to visit him in San Francisco a few weeks before he went to jail. He was still optimistic about solving all of his problems and recovering his professional life and the years he had lost. And yet, he was already living in an emotional jail.

I'm really proud and happy that I had the opportunity to meet Rica, one of the noblest persons I have met. I pray that you give him the shortest sentence possible, so he can start his life-long penance back in Panamá, where can be immensely useful to many people, especially the most disadvantaged. I know this is what he wants to do, he just needs the opportunity to do so.

I thank you for accepting my words of admiration and gratitude for Rica.

Yours Sincerely

Oscar Giovanni Jimenez Carrillo